1

2          UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
3

4  Bolanle Christina Odeyale,                    Case No. 2:25-cv-00104-CDS-EJY

5                    Petitioner                  **Service Order**

6   v.
                                                 [ECF No. 1]
7  Hollie Chadwick, et al.,

8                    Respondents

9

10         Petitioner Bolanle Christina Odeyale, an immigration detainee, has filed a counseled

11  petition for federal habeas corpus relief under 28 U.S.C. § 2241, seeking review of a denial of bond

12  pending her removal proceedings because she was found to be a danger to the community based

13  on a single non-violent offense from five years earlier. ECF No. 1. I find that I have jurisdiction over

14  this matter[1] and, following a preliminary review of the petition under the Rules Governing

15  Section 2254 Cases,[2] I direct that the petition be served on the respondents.

16         It is therefore ordered that the Clerk of Court:

17         1.  **DELIVER** a copy of the petition (ECF No. 1), the exhibits (ECF Nos. 1-1 through

18             1-19), and this order to the U.S. Marshal for service.

19         2.  **SEND VIA REGISTERED OR CERTIFIED MAIL** a copy of the petition (ECF

20             No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil

21             Procedure to: (1) Hollie Chadwick, P.O. Box 95050, Henderson, NV 89009-5050;

22             (2) Alejandro Nicholas Mayorkas, Secretary of Homeland Security, 2707 Martin

23             Luther King Jr. Ave SE, Washington, DC 20528; and (3) Merrick Brian Garland,

24             Attorney General of the United States, 950 Pennsylvania Avenue, NW,

25             Washington, DC 20530-0001.

26

27  ----
    [1] Federal district courts have habeas jurisdiction under § 2241 to review "bond hearing determinations for constitutional claims and legal error." *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011) (citing *Demore v. Kim*,
28  538 U.S. 510, 516–17 (2003)).
    [2] I exercise my discretion to apply the rules governing § 2254 petitions to this § 2241 action. (Habeas Rule 1(b).)

1    It is further ordered that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1), the

2   exhibits (ECF Nos. 1-1 through 1-19), and this Order on the United States Attorney for the District

3   of Nevada or on an Assistant United States Attorney or clerical employee designated by the United

4   State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

5    It is further ordered that counsel for the respondents file a notice of appearance within

6   seven days of the date of this order and file and serve their response to the petition within 30 days

7   of the date of this order, unless additional time is allowed for good cause shown.

8    It is further ordered that Odeyale has 30 days following the filing of the response to file a

9   reply, if desired.

10    It is further ordered that Local Rule 7-2(b) governs the scheduling for responses and

11   replies to motions filed by either party.

12    Dated: January 22, 2025

13    _____

14    Cristina D. Silva
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28