# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Bolanle Christina Odeyale, | Case No. 2:25-cv-00104-CDS-EJY |
| Petitioner | **Order Granting Motion for Extension of Time** |
| v. | |
| Hollie Chadwick, et al., | [ECF No. 13] |
| Respondents | |

Respondents have filed an unopposed motion for an extension of time to file their response to petitioner Bolanle Christina Odeyale's petition for writ of habeas corpus and complaint for declaratory and injunctive relief. ECF No. 13. This is respondents' first request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time **[ECF No. 13] is granted**. Respondents have up to and including March 23, 2025, to file their response.

Dated: February 24, 2025

_____
Cristina D. Silva
United States District Judge